## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| | : | **VIOLATIONS:** |
| **v.** | : | **18 U.S.C. 401(3)** |
| | : | **(Contempt of Court)** |
| | : | |
| **PETER SAUL THEADO,** | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about January 26, 2020, in the District of Columbia, the defendant, PETER SAUL THEADO, did knowingly violate a valid Court Order issued in Federal case number 18-CR-00057 (RBW) in the United States District Court for the District of Columbia, by entering and remaining within the area bounded by I Street, N.W., 14th Street, N.W., Constitution Avenue, N.W., and 18th Street, N.W., that is, the White House Complex and Grounds, without lawful authority to do so.

(**Contempt of Court**, in violation of Title 18, United States Code, Section 401(3))

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____

Luke M. Jones
Assistant U.S. Attorney, VA BAR 75053
United States Attorney's Office
555 Fourth Street, NW, 11th Floor
Washington, D.C. 20530
(202)-252-7066
Luke.jones@usdoj.gov