FILED
FEB 27 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Send to all parties
Judge Walton
2/27/20

2-10-2020

CR 20-26 (RBW)

Honorable Judge Walton,

Hello! It's Peter Theado again. I just wanted you to know that I was found "Sane", not in-sane by Devins FMC in 2018 summer. 1 year later I was deem-ed not a danger to society.

On October 18, 2019 you released me to the District of Columbia. I was searching for the right shelter and thought I had found one but I had to get an old warrant cleared up in Arlington, VA.

So on Nov 15th I go to jail and was released to a half-way house.

Dec 12th

My P.O. said I threatend a woman there. They had taken my computer use and wouldn't let me use the phone to call human disability rights, so I said I was going to try and have her fired for Obstruction and Tampering. I thought it was unfair of the Access house to do that.

DHS Arlington sent me to the hospital for 40 days and when I got out on Thursday I called my P.O. Sarrah Carruth who seamed to

really want to help me. Please Note: I didn't get violated by them ever. So despite the confusion that Mr. Wilson is trying to create I have a strong rebuttle. If I am placed back with them I will be straight forward and abide by there rules.

Next 3 days Later I was curious as to why I had the valid E-mail address at the white House (Multiple) please check Judge Walton. So I went and I'm sorry I disobeyed your stay away order.

Petertheodo@WH.gov
DesertEagle@WH.gov
PeterTrump@WH.gov

This is really weird because these are Names I used to use on Twitter when my life revolved around politics.

Please let me go back to the shelter. I have $4,200 USD waiting at SSDI for me. Plus Probation was going to help me with firsts Month rent + security deposit.

I swear this testimony is true so help me God Jehovah,

Peter T Theodo